IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-o1171-WLW-MJW**

DAVID CROSBY,

Petitioner,

v.

GARY WATKINS, et al.,

Respondents.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the petitioner's "Motion to Advance Case," which was filed on June 14, 2006 (Docket No. 22), and in which the petitioner requests that the court "notify him of the status of his case and advance same," is granted in part and denied in part as follows. The motion is granted to the extent that the petitioner is advised that his case has not "slipped through the cracks." There are several older petitions awaiting ruling that must be addressed first. The petitioner's motion is denied to the extent that his case will not be advanced ahead of the other petitions. Petitioner's petition will be addressed in due course.

Date: June 15, 2006