IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-01171-ZLW-MJW**

DAVID CROSBY,

Petitioner,

v.

GARY WATKINS, et al.,

Respondents.

---

## ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

Before the court is the petitioner's Application for Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2254.

It is hereby **ORDERED** that on or before April 10, 2007, the Clerk of the District

Court of Eagle County, Colorado, shall provide to this court the original written record of

Adams County Case No. 93CR119, <u>People v. David Crosby</u>.

It is further **ORDERED** that the Clerk of the Court shall serve a copy of this Order

on the Clerk of the District Court of Eagle County by Facsimile to (970) 328-6328 and

by regular mail to Clerk of the District Court of Eagle County, P.O. Box 597, Eagle, CO

81631.

Done this 28th day of March, 2007.

BY THE COURT:

Michael J. Watanabe
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2007, a copy of the foregoing document was served on the Clerk of the District Court of Eagle County by Facsimile to (970) 328-6328 and by regular mail to Clerk of the District Court of Eagle County, P.O. Box 597, Eagle, CO 81631.

_____
Deputy Clerk