FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 13 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

CIVIL ACTION NO. 04-cv-01171 ZLW-MJW

DAVID CROSBY,

    Petitioner,

vs.

GARY WATKINS, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 12th day of May, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*
Zita L. Weinshienk
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 04-cv-01171 ZLW-MJW

Eagle County District Court
Eagle County Justice Center
885 Chambers Ave.
P.O. Box 597
Eagle, CO 81631

David Crosby
# 84591
ACC
Arrowhead Correctional Center
P.O. Box 300
Canon City, CO 81215

John Jacob Fuerst, III - Colorado Attorney General's Office - Appellate Section
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 5/13/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk